387 A.2d 123

Rosenbaum, Appellant, v. Kennedy House, Inc., et al.

Rosenbaum v. Kennedy House, Inc. (et al., Appellant).

Argued December 14, 1977. Thomas B. Rutter, for appellant at No. 1205 and appellee at No. 1487; Thomas E. Thomas, with him Daniel T. McWilliams, for appellant at No. 1487 and appellees at No. 1205; James D. Wilder, for appellee, H. Shore and Co.

Order and judgment affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.

387 A.2d 124

Sellers Appeal.

Argued December 6, 1977. Robert J. Shenkin, with him MacElree, Harvey, Gallagher & Kean, for appellant; Fred T. Cadmus, III, with him Cadmus, Patten and Werner, for appellees.

Order affirmed.